UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

v.                    Case No. 2:19-cr-20012-001

REBECCA IRENE BRENES                                                 DEFENDANT

## ORDER

Before the Court is the Government's motion (Doc. 47) to dismiss the indictment as to Rebecca Irene Brenes, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

Upon due consideration, the Court finds that the motion should be granted.

IT IS THEREFORE ORDERED that the Government's motion (Doc. 47) to dismiss the indictment is GRANTED. The indictment filed in the instant matter on March 14, 2019, is hereby DISMISSED WITHOUT PREJUDICE as to Rebecca Irene Brenes.

IT IS SO ORDERED this 19th day of July, 2019.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE